UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

FALLS LAKE NATIONAL INSURANCE COMPANY,

    Plaintiff,

  -v-                                  No. 19-CV-10491-LTS-BCM

270 WEST STREET LLC, et al.,

    Defendants.

---------------------------------------------------------x

## ORDER

Defendant's motion for default judgment (docket entry no. 31) is terminated in light of Plaintiff's Amended Complaint, filed on March 10, 2020 (docket entry no. 46).

SO ORDERED.

Dated: New York, New York
       March 12, 2020

                                          /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        United States District Judge