USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FALLS LAKE NATIONAL INSURANCE COMPANY,

    Plaintiff,

-against-

270 WEST STREET LLC, et al.,

    Defendants.

19-CV-10491 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

In light of the ongoing national public health emergency, the initial case management conference scheduled for **April 7, 2020, at 10:30 a.m.**, will be conducted telephonically. At that time, the parties shall call into the below teleconference:

    Call in number:    888-557-8511
    Access Code:    7746387

Dated: New York, New York
       March 19, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**