

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FALLS LAKE NATIONAL INSURANCE COMPANY,

         Plaintiff,

-against-

270 WEST STREET LLC, et al.,

         Defendants.

19-CV-10491 (KMW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the August 17, 2020 status conference it is hereby ORDERED that:

1. The parties shall file any letter applications to compel responses to previously served written discovery demands no later than **August 21, 2020**; and

2. The Court will conduct a telephonic status conference on **October 20, 2020 at 11:00 a.m.** At that time, the parties shall call **(888) 557-8511** and enter the access code **7746387**. In advance of the conference, and no later than **October 13, 2020**, the parties shall file a joint status letter, updating the Court on the progress of discovery and settlement discussions.

Dated: New York, New York
       August 18, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**