UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FALLS LAKE NATION INSURANCE COMPANY,        Docket No.:
                                            1:19-cv-10491-KMW-BCM

                        Plaintiff,

        -against-

                                            ~~PROPOSED~~ JUDGMENT

270 WEST STREET LLC, CAPSTONE
CONTRACTING CORP., FERNHILL
CONSTRUCTION CORP., CHRISTHIAN
OCHOA, and C & R CONSTRUCTION/REN,
INC.,

                                            | USDC SDNY |
                                            | DOCUMENT |
                                            | ELECTRONICALLY FILED |
                                            | DOC #: |
                        Defendants.         | DATE FILED:  10 13 20 |
------------------------------------------------------------------X

        Plaintiff FALLS LAKE NATIONAL INSURANCE COMPANY ("FALLS LAKE") and

the defendants as indicated, agree as follows:

        **WHEREAS,** FALLS LAKE in this action seeks a declaration as to the denial of coverage

to 270 WEST STREET LLC, CAPSTONE CONTRACTING CORP., FERNHILL

CONSTRUCTION CORP., CHRISTHIAN OCHOA, and C & R CONSTRUCTION/REN, INC.,

under the Commercial General Liability Policy No. SKP 2000903 10 (the "Policy"), issued by

FALLS LAKE to FERNHILL CONSTRUCTION CORP., as to an accident claimed to have

occurred on or about February 12, 2018, at 440 Washington Street, New York, New York 10013,

and all claims asserted or which could be asserted by OCHOA or any party in that action captioned

Christian Ochoa v. 270 West Street, LLC et al, pending in the Supreme Court of the State of New

York, County of New York, under Index No.: 159073/2018, as well as the Third-Party Action

captioned 270 West Street, LLC v. Capstone Contracting Corp., Fernhill Construction Corp. and

1

all possible other claims arising from the accident and claims of Ochoa (all together referenced as the "Ochoa Action"); and

**WHEREAS**, defendants CHRISTHIAN OCHOA, 270 WEST STREET LLC, CAPSTONE CONTRACTING CORP., and C & R CONSTRUCTION/REN, INC., have appeared in this action and have disputed the claims asserted by FALLS LAKE as well as have sought coverage under the Policy for the claims asserted in the Ochoa Action; and

**WHEREAS**, defendants CHRISTHIAN OCHOA, 270 WEST STREET LLC, and CAPSTONE CONTRACTING CORP., and C & R CONSTRUCTION/REN, INC., have now come to an agreement with FALLS LAKE to resolve all issues as between them in this action as to coverage under the Policy for the claims asserted in the Ochoa Action but CHRISTHIAN OCHOA, 270 WEST STREET LLC, and CAPSTONE CONTRACTING CORP., and C & R CONSTRUCTION/REN, INC., do not settle and maintain all of the claims asserted in the Ochoa Action; and

**WHERAS** CHRISTHIAN OCHOA, 270 WEST STREET LLC, and CAPSTONE CONTRACTING CORP., and C & R CONSTRUCTION/REN, INC., agree that there is no coverage for defense or indemnification of 270 WEST STREET LLC, CAPSTONE CONTRACTING CORP., FERNHILL CONSTRUCTION CORP., CHRISTHIAN OCHOA, and C & R CONSTRUCTION/REN, INC., under the Policy for any of the claims asserted or could have been asserted against them in the Ochoa Action or any claims arising from or related to the accident asserted in the Ochoa Action, but the parties to the Ochoa Action do not waive or release the claims asserted in the Ochoa Action; and

**WHEREAS** CHRISTHIAN OCHOA, 270 WEST STREET LLC, and CAPSTONE CONTRACTING CORP., and C & R CONSTRUCTION/REN, INC., consent to the entry of

2

judgment in this action declaring that there is no coverage for defense or indemnification of 270 WEST STREET LLC, CAPSTONE CONTRACTING CORP., FERNHILL CONSTRUCTION CORP., CHRISTHIAN OCHOA, and C & R CONSTRUCTION/REN, INC., under the Policy for any of the claims asserted or could have been asserted against them in the Ochoa Action or any claims arising from or related to the accident asserted in the Ochoa Action, but the parties to the Ochoa Action do not waive or release the claims asserted in the Ochoa Action, it is hereby

**ORDERED AND ADJUDGED** as against 270 WEST STREET LLC, CAPSTONE CONTRACTING CORP., FERNHILL CONSTRUCTION CORP., CHRISTHIAN OCHOA, and C & R CONSTRUCTION/REN, INC., that there is no coverage for defense or indemnification of 270 WEST STREET LLC, CAPSTONE CONTRACTING CORP., FERNHILL CONSTRUCTION CORP., CHRISTHIAN OCHOA, and C & R CONSTRUCTION/REN, INC., under the Policy for any of the claims asserted or could have been asserted against them in the Ochoa Action or any claims arising from or related to the accident asserted in the Ochoa Action, but the parties to the Ochoa Action do not waive or release the claims asserted in the Ochoa Action.

Dated: ~~September~~ October 13, 2020

**SO ORDERED and ADJUDGED:**

_Kimba M. Wood_

**UNITED STATES DISTRICT JUDGE KIMBA M. WOOD**

3

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FALLS LAKE NATION INSURANCE COMPANY,                 Docket No.:
                                                     1:19-cv-10491-KMW-BCM

                                    Plaintiff,

                -against-

                                                     **STIPULATION**

270 WEST STREET LLC, CAPSTONE
CONTRACTING CORP., FERNHILL
CONSTRUCTION CORP., CHRISTHIAN
OCHOA, and C & R CONSTRUCTION/REN,
INC.,

                                    Defendants.
------------------------------------------------------------------X

       Plaintiff FALLS LAKE NATIONAL INSURANCE COMPANY ("FALLS LAKE") and

the defendants as indicated, agree as follows:

       **WHEREAS,** FALLS LAKE in this action seeks a declaration as to the denial of coverage

to 270 WEST STREET LLC, CAPSTONE CONTRACTING CORP., FERNHILL

CONSTRUCTION CORP., CHRISTHIAN OCHOA, and C & R CONSTRUCTION/REN, INC.,

under the Commercial General Liability Policy No. SKP 2000903 10 (the "Policy"), issued by

FALLS LAKE to FERNHILL CONSTRUCTION CORP., as to an accident claimed to have

occurred on or about February 12, 2018, at 440 Washington Street, New York, New York 10013,

and all claims asserted or which could be asserted by OCHOA or any party in that action captioned

Christian Ochoa v. 270 West Street, LLC et al, pending in the Supreme Court of the State of New

York, County of New York, under Index No.: 159073/2018, as well as the Third-Party Action

captioned 270 West Street, LLC v. Capstone Contracting Corp., Fernhill Construction Corp. and

1

all possible other claims arising from the accident and claims of Ochoa (all together referenced as the "Ochoa Action"); and

**WHEREAS**, defendants CHRISTHIAN OCHOA, 270 WEST STREET LLC, CAPSTONE CONTRACTING CORP., and C & R CONSTRUCTION/REN, INC., have appeared in this action and have disputed the claims asserted by FALLS LAKE as well as have sought coverage under the Policy for the claims asserted in the Ochoa Action; and

**WHEREAS**, defendants CHRISTHIAN OCHOA, 270 WEST STREET LLC, and CAPSTONE CONTRACTING CORP., and C & R CONSTRUCTION/REN, INC., have now come to an agreement with FALLS LAKE to resolve all issues as between them in this action as to coverage under the Policy for the claims asserted in the Ochoa Action but CHRISTHIAN OCHOA, 270 WEST STREET LLC, and CAPSTONE CONTRACTING CORP., and C & R CONSTRUCTION/REN, INC., do not settle and maintain all of the claims asserted in the Ochoa Action, it is

**NOW STIPULATED** that CHRISTHIAN OCHOA, 270 WEST STREET LLC, and CAPSTONE CONTRACTING CORP., and C & R CONSTRUCTION/REN, INC., agree that there is no coverage for defense or indemnification of 270 WEST STREET LLC, CAPSTONE CONTRACTING CORP., FERNHILL CONSTRUCTION CORP., CHRISTHIAN OCHOA, and C & R CONSTRUCTION/REN, INC., under the Policy for any of the claims asserted or could have been asserted against them in the Ochoa Action or any claims arising from or related to the accident asserted in the Ochoa Action, but the parties to the Ochoa Action do not waive or release the claims asserted in the Ochoa Action; and it is further

2

**NOW STIPULATED** that CHRISTHIAN OCHOA, 270 WEST STREET LLC, and CAPSTONE CONTRACTING CORP., and C & R CONSTRUCTION/REN, INC., consent to the entry of judgment in this action declaring that there is no coverage for defense or indemnification of 270 WEST STREET LLC, CAPSTONE CONTRACTING CORP., FERNHILL CONSTRUCTION CORP., CHRISTHIAN OCHOA, and C & R CONSTRUCTION/REN, INC., under the Policy for any of the claims asserted or could have been asserted against them in the Ochoa Action or any claims arising from or related to the accident asserted in the Ochoa Action, but the parties to the Ochoa Action do not waive or release the claims asserted in the Ochoa Action.

Dated: September 25, 2020

MIRANDA SLONE SKLARIN                    LIAKAS LAW, P.C.
VERVENIOTIS LLP

/s/ Steven Verveniotis                     /s/ Anthony Deliso

By:_____          By:_____

Steven Verveniotis                         Anthony Deliso
240 Mineola Boulevard                      65 Broadway, 13th Floor
Mineola, NY 11501                          New York, New York 10158
(516) 741-7676                             (516) 445-6274
*Attorneys for Plaintiff*                  *Attorney for Defendant*
FALLS LAKE NATIONAL                        CHRISTHIAN OCHOA
INSURANCE COMPANY

3

MOUND COTTON WOLLAN &
GREENGRASS LLP

By: _Pamela J. Minetto_

    Pamela Minetto
    30A Vreeland Road
    Florham Park, New Jersey 07932
    *Attorneys for Defendants*
    270 West Street LLC and
    C & R CONSTRUCTION/REN, INC.

MCMAHON, MARTINE &
GALLAGHER, LLP

By: _____

    Patrick Brophy
    55 Washington Street, 7th Floor
    Brooklyn, New York 11291
    *Attorney for Defendant*
    Capstone Construction Corp.

4